## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH MERCER | : | Docket No.: 3:16-CV-00329(CSH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES C. ROVELLA, IN HIS OFFICIAL | : | |
| CAPACITY AS COMMISSIONER OF THE | : | |
| DEPARTMENT OF EMERGENCY SERVICES | : | |
| AND PUBLIC PROTECTION, DORA B. | : | |
| SCHRIRO, IN HER PERSONAL CAPACITY, | : | |
| COMISSIONER OF THE DEPARTMENT OF | : | |
| EMERGENCY SERVICES AND PUBLIC | : | |
| PROTECTION, THE CONNECTICUT STATE | : | |
| POLICE UNION, INC., AND ANDREW | : | |
| MATTHEWS, PRESIDENT OF CONNECTICUT | : | |
| STATE POLICE UNION, INC. | : | April 17, 2023 |
| *Defendants* | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Joseph

Mercer, and Defendants, the Connecticut State Police Union, Inc., and Andrew Matthews, through

counsel, hereby stipulate to a dismissal with prejudice. Each party shall pay its own costs and fees.

PLAINTIFF,
JOSEPH MERCER

By: */s/ Marc P. Mercier*
Marc P. Mercier (ct10886)
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606
Fax: (860) 646-0054
mmercier@beckeldergill.com

1

DEFENDANTS,
ANDREW MATTHEWS AND THE
CONNECTICUT STATE POLICE UNION,
INC.

By: _/s/Jeffrey L. Ment_
Jeffrey L. Ment
The Ment Law Group, LLC
225 Asylum Street
Ste 15th Floor
Hartford, CT 06103
Email: jment@mentlaw.com

### CERTIFICATION

I hereby certify that on April 17, 2023 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/Marc P. Mercier_
Marc P. Mercier (ct10886)
Beck & Eldergill, P.C.

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS No. 002702